NUMBER 13-07-576-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


IN RE CORY RAY MAYO


____________________________________________________________


On Petition for Writ of Mandamus

____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Garza and Vela


Per Curiam Memorandum Opinion (1)



 Relator, Cory Ray Mayo, filed a petition for writ of mandamus and motion for
emergency stay in the above cause on September 21, 2007. The Court, having
examined and fully considered the petition for writ of mandamus and motion for
emergency stay is of the opinion that relator has not shown himself entitled to the
relief sought. Accordingly, the petition for writ of mandamus and motion for
emergency stay are DENIED. See Tex. R. App. P. 52.8(a). 


 PER CURIAM

Memorandum Opinion delivered and filed

this 21st day of September, 2007.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).